

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JESSICA RECHTSCHAFFER,

                                                  Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. JOHN BAIERA, SGT.
ANDREW TURANO, P.O. ALEXIS RODRIGUEZ, P.O.
DANIEL MEANEY, and P.O.'s JOHN and JANE DOE #1-10,
individually and in their official capacities, (the names John
and Jane Doe being fictitious, as the true names are presently
unknown),

                                                  Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

13CV0709 (JPO)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Law Offices of Rose Weber
*Attorneys for Plaintiff*
225 Broadway, Suite 1607
New York, NY 10007
212-748-3355

By: _____
Rose M. Weber
*Attorney for Plaintiff*

Dated: New York, New York
 8/2, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendant City*
100 Church Street, Rm. 3-201
New York, New York 10007

By: _____
Andrew Lucas      7.9.13
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE